**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: zeno.baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
APR 17 2015
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DALTON ALLAN HALLGREN, *aka Donald Hallgren, Jr.*, <br><br> Defendant. | CR 15- 43 BLG-SPW <br><br> **INDICTMENT** <br><br> WIRE FRAUD (Counts I-V) <br> Title 18 U.S.C. § 1343 <br> (Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) <br><br> ENGAGING IN MONETARY TRANSACTIONS IN CRIMINALLY-DERIVED PROPERTY (Counts VI-VII) <br> Title 18 U.S.C. § 1957 <br> (Penalty: Ten years imprisonment, $250,000 fine or, alternatively, twice the amount involved in the transaction, and three years supervised release) <br><br> AGGRAVATED IDENTITY THEFT (Count VIII) <br> Title 18 U.S.C. §§ 1028A(a)(1) & (c)(5) <br> (Penalty: Mandatory two years imprisonment, consecutive to any other sentence, $250,000 fine, and one year supervised release) |

1

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

## Background

1. Beginning in or about June 2011, DALTON ALLAN HALLGREN incorporated Alpha Oilfield Services ("Alpha") with the State of Montana.

2. On or about November 2011, DALTON ALLAN HALLGREN commenced working for Central Petroleum Limited, an Australian oil and gas producing and exploring company ("Central").

3. DALTON ALLAN HALLGREN served as both Chief Operating Officer and Chief Executive Officer of Central.

## Scheme to Defraud

4. From in or about November 2011 through in or about February 2013, the defendant, DALTON ALLAN HALLGREN, in the District of Montana and elsewhere, devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

## Manner and Means

It was part of the scheme that:

5. DALTON ALLAN HALLGREN, in application for employment with Central would and did represent the he had obtained a Bachelor of Science in

Petroleum Engineering from Montana Tech of the University of Montana when in fact he had not obtained a degree from Montana Tech.

6. DALTON ALLAN HALLGREN did not represent that he was owner of Alpha when he caused Alpha to invoice, and Central to pay, approximately $567,302.00 (USD) in 2012 for equipment that Alpha never provided.

7. DALTON ALLAN HALLGREN did not represent that he was owner of Alpha when Central paid the above-referenced monies to Alpha for DALTON ALLAN HALLGREN's financial benefit.

Execution of the Scheme

8. On or about each of the dates set forth below, in the District of Montana and elsewhere, the defendant, DALTON ALLAN HALLGREN, *aka Donald Hallgren, Jr.*, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate and foreign commerce the signals described below for each count, each transmission constituting a separate count:

## COUNTS I - V
### (Wire Fraud)

| Count | Date | Amount | Origin | Recipient |
|---|---|---|---|---|
| I | 1/27/2012 | $139,975.00 | Australia | Billings, Montana Wells Fargo Bank account XXXXXX3802 |
| II | 4/12/2012 | $143,073.00 | Australia | Billings, Montana Wells Fargo Bank account XXXXXX3802 |
| III | 5/9/2012 | $137,079.00 | Australia | Billings, Montana |

| | | | | Wells Fargo Bank account XXXXXX3802 |
|---|---|---|---|---|
| IV | 6/19/2012 | $107,032.00 | Australia | Billings, Montana Wells Fargo Bank account XXXXXX3802 |
| V | 7/25/2012 | $40,143.00 | Australia | Billings, Montana Wells Fargo Bank account XXXXXX3802 |

All in violation of 18 U.S.C. § 1343.

## COUNTS VI - VII
### (Money Laundering)

9.  Paragraphs 1 through 8 of the Indictment are re-alleged and incorporated by reference as though fully set forth herein.

10. On or about the dates below, in the District of Montana and elsewhere, DALTON ALLAN HALLGREN, *aka Donald Hallgren, Jr.*, did knowingly engage and attempt to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is, the deposit, withdrawal, and transfer of United States currency, such property having been derived from a specified unlawful activity, that is wire fraud in violation of 18 U.S.C. § 1343, each transaction constituting a separate count:

| Count | On or about Date | Financial Transaction | Amount |
|---|---|---|---|
| VI | 4/30/2012 | Wire transfer from Wells Fargo bank account # XXXXXX3802 to Australia | $40,000.00 |
| VII | 10/26/2012 | Wire transfer from Wells Fargo | $40,000.00 |

4

|  |  | bank account # XXXXXX3802 to Australia |  |

All in violation of 18 U.S.C. § 1957.

## COUNT VIII
### (Aggravated Identity Theft)

In or about November 2011, in the District of Montana and elsewhere, the defendant, DALTON ALLAN HALLGREN, *aka Donald Hallgren, Jr.*, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), did knowingly use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant used the name and signature of W.F.G. during and in relation to wire fraud under 18 U.S.C. § 1343, in violation 18 U.S.C. §§ 1028A(a)(1) & (c)(5).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
MICHAEL W. COTTER
United States Attorney

_____
*for* JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓_____
Bail: _____