IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 15-43-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| DALTON ALLAN HALLGREN, | |
| Defendant. | |

For the reasons stated on the record at the Detention Hearing held on this date:

IT IS HEREBY ORDERED that the Defendant is remanded into the custody of the U.S. Marshal.

IT IS FURTHER ORDERED that the U.S. Marshal Service shall transport Defendant to FCI Yankton to commence serving his custodial sentence on Tuesday, October 25, 2016.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 21st day of October, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge